AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JOSHUA DILLON HAYNES<br>DOB: ▮▮▮▮▮<br><br>*Defendant(s)* | Case: 1:21-mj-00489<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 06/22/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a)(1), (2) and (4) | (Unlawful entry on restricted grounds, disorderly and disruptive conduct, Act of Physical Violence on Grounds); (obstruction of an official proceeding); |
| 18 U.S.C. §§ 1512 (c)(2) and 2 | |
| 18 U.S.C. § 1363 | (Destruction of property in special maritime and territorial jurisdiction); |
| 40 U.S.C. § 5104(e)(2)(D) | (Violent entry or disorderly conduct); |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of physical violence on grounds); |
| 40 U.S.C. § 5104(e)(2)(G) | (Parade, demonstrate, or picket in any of the Capitol Buildings) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Cameron Mizelll, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____06/22/2021_____

*Judge's signature*

City and state: _____Washington, D.C._____   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*