AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00489 |
| JOSHUA DILLON HAYNES | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 06/22/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Joshua Dillon Haynes

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), (2) and (4)(Unlawful entry on restricted grounds, disorderly and disruptive conduct, Act of Physical Violence on Grounds);
18 U.S.C. §§ 1512 (c)(2) and 2 (obstruction of an official proceeding);
18 U.S.C. § 1363 (Destruction of property in special maritime and territorial jurisdiction);
40 U.S.C. § 5104(e)(2)(D) (Violent entry or disorderly conduct);
40 U.S.C. § 5104(e)(2)(F) (Act of physical violence on grounds);
40 U.S.C. § 5104(e)(2)(G) (Parade, demonstrate, or picket in any of the Capitol Buildings)

Date: 06/22/2021                                             _____
                                                              *Issuing officer's signature*

City and state:   Washington, D.C.                            Robin M. Meriweather, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/23/21, and the person was arrested on *(date)* 7/1/21
at *(city and state)* Covington, VA

Date: 7/1/21                                                  _____
                                                              *Arresting officer's signature*

                                                              Special Agent Megan Hatfield
                                                              *Printed name and title*