IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 21-mj-489 |
| JOSHUA DILLON HAYNES | : |
| Defendant | : |

### DEFENDANT'S RESPONSE TO MOTION TO REVOKE BOND

Comes Now defendant, Joshua Dillon Haynes, by and through counsel, in response to the government's motion to revoke bond, states as follows.

1. Counsel is aware of the defendant's arrest in Allegheny County in connection with the allegations contained in the sealed police report. Counsel has conferred with Mr. Hayne's court appointed counsel, Craig Leisure who represents him in Allegheny Country. At the present time, counsel will submit on the record herein and will reserve all rights to file a bond review motion at a future dates if circumstances change.

Respectfully submitted,

_____/_____
Thomas Abbenante #27934
888 17th Street NW
Suite 1200
Washington, DC 20006
202-223-6539
Facsimile No. 202-223-6625
tabbenante@aol.com